AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Demarest Antoine STEVENSON<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 12-6259 - SNOW<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 27, 2012__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§841(a)(1) and 841(b)(1)(B) | The defendant did knowingly and intentionally possess with the intent to distribute 28 grams or more of cocaine base commonly referred to as "crack cocaine," in violation of the cited sections. |

This criminal complaint is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Kevin Roberson, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __06/28/2012__

_____
*Judge's signature*

City and state: __Fort Lauderdale, Broward County, FL__   Lurana S. Snow, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, KEVIN ROBERSON, being duly sworn, state the following:

1. I am a Special Agent with the Drug Enforcement Administration ("DEA"), where I am presently assigned to the Miami Field Division. I have been a DEA Special Agent for approximately four years. I have received specialized training in the area of narcotics trafficking, manufacturing, and money laundering from DEA. Before joining DEA, I was a police officer with the Central Intelligence Agency ("CIA") Police Department for three and one half years. As a CIA police officer, I also received training from the Federal Law Enforcement Training Center in Glynco, Georgia.

2. This affidavit is submitted in support of the issuance of a criminal complaint charging Demarest Antoine STEVENSON (STEVENSON) with possession and the intent to distribute 28 grams or more of cocaine base, commonly known as "crack cocaine," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). I have learned the following information from first-hand observations in my official capacity, along with information received from other law enforcement officers as well as a confidential source. Because this affidavit is for the limited purpose of setting forth probable cause only, it does not contain every fact known to me about the investigation.

3. On or about June 7, 2012 through on or about June 27, 2012, a DEA Confidential Source ("CS") made controlled telephone calls to STEVENSON to negotiate the purchase by the CS of two ounces of crack cocaine from STEVENSON for $2,350.00. The following is a summary of a controlled call made in the presence of law enforcement on June 27, 2012, at approximately 2:30 P.M., to STEVENSON pertaining to the sale of crack cocaine to the CS by STEVENSON: The CS stated, "Hey, my people will be down here in a couple of hours but you never told me what the numbers were gonna be." STEVENSON replied, "He wanted them shits did up right?" The CS responded, "Yes." STEVENSON stated, "I'm a give you four circles right . . . so that's gonna be $2350.00." During this telephone conversation, STEVENSON and the CS were clarifying the price of two ounces

of crack cocaine ("four circles" or four crack cocaine cookies each weighing approximately half of one ounce) sold by STEVENSON to the CS would be $2350.00. STEVENSON verified that the CS wanted the cocaine powder cooked and converted into crack cocaine ("the shits done up right.")

7. On or about June 27, 2012, at approximately 3:00 P.M., a 2001 Oldsmobile Aurora registered to STEVENSON parked at his mother's residence located at 2731 NW 9th Street in Pompano Beach, Broward County, Florida. A short time later, STEVENSON was observed driving his 2001 Oldsmobile Aurora eastbound on NW 9th Street. Broward County Sheriff's Office ("BSO") Detectives conducted a vehicle stop of STEVENSON's vehicle in the 2300 block of NW 2nd Street, Pompano Beach, Broward County, Florida.

8. Certified K-9 BSO Detective Andrew Weiman and his trained K-9 narcotics dog "Chance" walked around STEVENSON's 2001 Oldsmobile Aurora vehicle and BSO Detective Weiman advised that K-9 narcotics dog "Chance" alerted positively for the presence of narcotics inside. STEVENSON was removed from the vehicle and detained by detectives. A search of STEVENSON's 2001 Oldsmobile Aurora led to the discovery and seizure of approximately two ounces of suspected crack cocaine divided into four separate circles on the front passenger seat of STEVENSON's vehicle as described by STEVENSON during the previously cited telephone conversation. The substance that comprised these four circles was later field tested positive for cocaine.

FURTHER AFFIANT SAYETH NAUGHT.

Kevin Roberson, Special Agent
Drug Enforcement Administration

Sworn and subscribed before me this 28 day of June, 2012.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-6259-SNOW

UNITED STATES OF AMERICA

vs.

Demarest Antoine STEVENSON

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: *Donald F. Chase, II*
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500077
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida   33394
TEL (954) 660-5693