

Filed by          D.C.

ELECTRONIC

**Jul 10, 2012**

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 12-60161-CR-HURLEY/HOPKINS

CASE NO._____

21 U.S.C. § 841(a)(1)

UNITED STATES OF AMERICA

vs.

DEMAREST ANTOINE STEVENSON,
a/k/a "Demo,"

                    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 24, 2012, in Broward County, in the Southern District of Florida, and

elsewhere, the defendant,

**DEMAREST ANTOINE STEVENSON,
a/k/a "Demo,"**

did knowingly and intentionally distribute a controlled substance, in violation of Title 21, United

States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this

violation involved a mixture and substance containing a detectable amount of cocaine.

## COUNT 2

On or about June 27, 2012, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**DEMAREST ANTOINE STEVENSON,**
**a/k/a "Demo,"**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly known as "crack cocaine."

A TRUE BILL

_____

WIFREDO A. FERRER
UNITED STATES ATTORNEY

DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DEMAREST ANTOINE STEVENSON,
a/k/a "Demo,"

                                    Defendant.
_____/

**CASE NO.** _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Case Information:**

**Court Division**: (Select One)

| | | | |
|---|---|---|---|
| ___ | Miami | ___ | Key West |
| _X_ | FTL | ___ | WPB   ___   FTP |

New Defendant(s)                    Yes ____      No ____
Number of New Defendants            ____
Total number of counts              ____

I do hereby certify that:

1.   I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.   I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.   Interpreter:     (Yes or No)     _No_
     List language and/or dialect     _____

4.   This case will take    _5_    days for the parties to try.

5.   Please check appropriate category and type of offense listed below:

     (Check only one)                                (Check only one)

| | | | | |
|---|---|---|---|---|
| I   | 0 to 5 days   | _X_ | Petty   | ____ |
| II  | 6 to 10 days  | ____ | Minor   | ____ |
| III | 11 to 20 days | ____ | Misdem. | ____ |
| IV  | 21 to 60 days | ____ | Felony  | _X_ |
| V   | 61 days and over | ____ | | |

6.   Has this case been previously filed in this District Court? (Yes or No)   _No_
If yes:
Judge: _____      Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?       (Yes or No)   _YES_
If yes:
Magistrate Case No.                    12-6259-LSS
Related Miscellaneous numbers:         _____
Defendant(s) in federal custody as of  _____
Defendant(s) in state custody as of    06/27/2012
Rule 20 from the District of           _____

Is this a potential death penalty case? (Yes or No)       _No_

7.   Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?       ____ Yes   _X_ No

8.   Does this case originate from a matter pending in the Narcotics Section (Miami) prior to September 1, 2007? ____ Yes   _X_ No

_____
DONALD F. CHASE, II
ASSISTANT UNITED STATES ATTORNEY
Case # A5500077

*Penalty Sheet(s) attached                                          REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name: DEMAREST ANTOINE STEVENSON**    Case No: _____

**Count #: 1**

Distribution of cocaine

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)

**\* Max. Penalty**:  20 years' imprisonment; $250,000 fine; 3 years' supervised release.


**Count #: 2**

Possess with the intent to distribution of cocaine base ("crack cocaine")

21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(iii)

**\* Max. Penalty**: 40 years'(5 years' mandatory minimum) imprisonment; $5,000,000 fine; 4 years' supervised release.


**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**