AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
V.

**SUMMONS IN A CRIMINAL CASE**

Demarest Antoine Stevenson
2830 NW 9th Street
Pompano Beach, Florida 33069

Case Number: 0:12-60161-CR-HURLEY

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>701 Clematis Street<br>West Palm Beach, Florida 33401 | Duty Court |
| Before: | Date and Time<br>8-21-15 @ 10:00AM |

To answer a(n)    (Select Probation or Supervised Release)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title ___18___ United States Code Section(s) ___3583(i)___

Brief description of violation:

Charging you with violation of the following condition: Unlawfully possessing or using a controlled substance

___Daniel T. K. Hurley___
Name and Title of Issuing Officer and /or Designee
US DISTRICT COURT JUDGE
___8/7/15___
Date

___Daniel T. K. Hurley___
Signature of Issuing Officer

AO83 (Rev. 10.03) Summons in a Criminal Case

| **RETURN OF SERVICE** |
|---|
| Service was made by me on:[1]                                    Date |
| (Offender Name) |
| Check one box to indicate appropriate method of service |

☐   Served personally upon the defendant at:

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discertion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐   Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  _____          /s/ Reginald D. Michael
                       Date                                              Chief, United States Probation Officer


                                                                  _____
                                                                  (by) United States Probation Officer

Remarks:

---
[1] As to whom may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.